**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**TERESE MARIE MEADOWS**                                                   **PLAINTIFF**

v.                              **CASE NO. 1:12CV00089 BSM/BD**

**DONALD ANDERSON,** *et al.*                                              **DEFENDANTS**

## ORDER

The proposed findings and partial recommended disposition [Doc. No. 5] submitted by United States Magistrate Judge Beth Deere have been reviewed. No objections have been filed. After careful consideration and a *de novo* review of the record, it is found that the proposed findings and partial recommended disposition should be, and hereby are, approved and adopted in their entirety.

IT IS THEREFORE ORDERED THAT:

1.   Defendants Donald Anderson, Linda Dixon, and Corizon, Inc., are dismissed from this action without prejudice.

2.   Plaintiff Terese Meadows's claims for violations of the Arkansas Rights of the Terminally Ill or Permanently Unconscious Act, the Fourteenth Amendment Due Process Clause, the First Amendment, and the Double Jeopardy Clause of the Fifth Amendment are dismissed without prejudice.

3.   It is certified that an *in forma pauperis* appeal taken from this order is considered frivolous and not in good faith.

Dated this 19th day of October 2012.

                                                                                     _____
                                                                                     UNITED STATES DISTRICT JUDGE