IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**TERESE MARIE MEADOWS**  **PLAINTIFF**
**ADC #707979**

v.  NO: 1:12CV00089 BSM

**DONALD ANDERSON, et al.**  **DEFENDANTS**

**ORDER**

The recommended disposition submitted by United States Magistrate Judge Beth Deere has been received, along with objections filed by the plaintiff. An evidentiary hearing was held on November 5, 2014, in which plaintiff's testimony was received and the parties were given an opportunity to clarify the issues and their positions. After hearing from the plaintiff and carefully reviewing the entire record, *de novo*, it is concluded that the recommended disposition should be adopted.

The recommended disposition is adopted on the merits of defendants' motion for summary judgment because the evidence in the record is undisputed that plaintiff's medical condition worsened at a rapid pace and that defendants promptly cared for her. The record is devoid of facts indicating that defendants' actions were so inappropriate as to constitute deliberate indifference. Defendants are therefore entitled to judgment as a matter of law.

IT IS THEREFORE ORDERED THAT:

1. The motion for summary judgment filed by defendants [Doc. No. 81] is granted, and plaintiff's claims against Bobbie Allison, Donald Anderson, Corizon Inc.,

1

Jennifer Simmons, and Brenda Tetrick are dismissed with prejudice.

2. Plaintiff's motion for ruling [Doc. No. 105] is denied as moot.

DATED this 7th day of November 2014.

_____
UNITED STATES DISTRICT JUDGE